NO. 07-06-0194-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 14, 2006

______________________________

IN THE MATTER OF THE MARRIAGE OF

TERRY L. TAYLOR AND MARCY L. MILES TAYLOR

_________________________________

FROM THE 72
ND
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2004-525,283; HONORABLE RUBEN GONZALES REYES, JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION

On May 11, 2006, the clerk of this Court received a copy of a notice of appeal filed on behalf of appellant Marcy L. Miles Taylor.  By letter dated May 22, 2006, the clerk notified appellant that the filing fee had not been received, and that failure to pay the filing fee within ten days from the date of the letter could result in dismissal of the appeal. Tex. R. App. P.  42.3(c); 
Tex. R. App. P. 5. 

That date has passed and no response has been received.  Accordingly, this appeal is dismissed. Tex. R. App. P. 42.3(c).
  
The trial court clerk and court reporter’s requests for an extension of time to file the record are denied as moot.   

James T. Campbell

        Justice